**92–974.** State ex rel. Henneke v. Davis. *Hamilton County,* No. C–840733. On motion to substitute party. Motion granted.

**92–975.** State ex rel. Jones v. Hendon. *Hamilton County,* No. C–910729. On motion to substitute party. Motion granted.

**92–994.** State ex rel. Freeman v. Morris. *Scioto County,* No. 1875. On motion for injunctive relief. Motion denied.

**92–1008.** Kalina v. Sagen. *Cuyahoga County,* No. 59761. On motion for leave to file memorandum in support instanter. Motion granted.
WRIGHT, J., dissents.

**92–1025.** State v. Redding. *Cuyahoga County,* No. 59988. On motion to dismiss. Motion to dismiss overruled.
On motion for leave to exceed page limit. Motion granted.
MOYER, C.J., dissents.

**92–1089.** Harvey v. Ohio Adult Parole Auth. *Franklin County,* No. 92AP–299. On motion for leave to file delayed appeal. Motion granted.
WRIGHT, J., dissents.

**92–1117.** DeFillippis v. TRW, Inc. *Cuyahoga County,* No. 63514. On motion to consolidate with 92–1116, *Polikoff v. TRW, Inc.,* Cuyhoga County, No. 63515; 92–1118, *DeFillippis v. TRW, Inc.,* Cuyahoga County, No. 63513; and 92–1119, *Polikoff v. Adam,* Cuyahoga County, No. 63516. Motion granted.

**92–1165.** Jackson v. Regional Transit Auth. *Cuyahoga County,* No. 60443. On motion to consolidate with 90–2527, *Jackson v. Regional Transit Auth.,* Cuyahoga County, No. 60442. Motion denied.
HOLMES and DOUGLAS, JJ., dissent.

**92–1181.** State ex rel. Ohio Mechanical Contracting Industry, Inc. v. Cleveland. In Mandamus. On request for oral argument. Request granted.
HOLMES, J., dissents.

**92–1186.** State v. Toney. *Cuyahoga County,* No. 59630. On motion for leave to file delayed appeal. Motion granted.
WRIGHT, J., dissents.

**92–1192.** Warrensville Hts. v. Mollick. *Cuyahoga County,* No. 59981. On motion to reconsider denial of extension of time. Motion denied.
SWEENEY and DOUGLAS, JJ., dissent.

**92–1213.** State v. Perry. *Cuyahoga County,* No. 60433. On motion for leave to file delayed appeal. Motion granted.

**92–1226.** State v. Bell. *Marion County,* No. 9–90–79. On motion for leave to exceed page limit. Motion denied.
DOUGLAS and H. BROWN, JJ., dissent.

**92–1227.** Mandell v. Markovic. *Cuyahoga County,* No. 60047. On motion to reconsider denial of extension. Motion denied.
DOUGLAS and RESNICK, JJ., dissent.

**92–1237.** State v. Huey. *Cuyahoga County,* No. 57547. On motion for leave to file delayed appeal. Motion denied.
DOUGLAS and RESNICK, JJ., dissent.